**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ELDAR MIRZAYEV,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>U.S. IMMIGRATION AND CUSTOM ENFORCEMENT, *et al.*,<br><br>　　　　　Respondents. | Case No.  5:26-cv-01238-CV (RAO)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Petition for Writ of Habeas Corpus ("Amended Petition"), Dkt. No. 9; Respondents' Response to the Amended Petition, Dkt. No. 12; Petitioner's Reply, Dkt. No. 13; Report and Recommendation of United States Magistrate Judge ("Report"), Dkt. No. 16; and all of the records and files herein.

The time for filing objections to the Report has passed, and no objections have been received.  The Court hereby accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

///

///

///

IT IS ORDERED that:

(1) The Amended Petition is GRANTED IN PART;

(2) Respondents are ORDERED to IMMEDIATELY RELEASE Petitioner Eldar Mirzayev (A# 221-346-444) from custody;

(3) Respondents are ORDERED to return any confiscated property and documents to Petitioner upon his release;

(4) Respondents are ORDERED to comply with the required procedures prior to any future enforcement actions or re-detention of Petitioner;

(5) Respondents are ORDERED to file a status report substantiating compliance with the Court's Order within three days of this Order; and

(6) Petitioner's counsel is DIRECTED to submit any attorney fee application and corresponding billing records within thirty (30) days of the District Court's Order, and Respondent is INSTRUCTED to file any opposition within fourteen (14) days of Petitioner's attorney fee application.

DATED: 7/10/26

*Cynthia Valenzuela*

CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE

2