JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

ELDAR MIRZAYEV,

           Petitioner,

    v.

U.S. IMMIGRATION AND CUSTOM ENFORCEMENT, *et al.*,

           Respondents.

Case No. 5:26-cv-01238-CV (RAO)

**JUDGMENT**

Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Amended Petition is granted in part.

DATED: 7/10/26

_Cynthia Valenzuela_
CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE